IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40062
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GARY PAUL HOCKLESS,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-86-1
- - - - - - - - - - -
August 19, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Gary Paul Hockless has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, Hockless's response, and the
record discloses no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.